IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHANIEL L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No.: 10-919-SLR |
| v. | ) |
| | ) |
| PERRY PHELPS, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto through their undersigned counsel, subject to the approval of the Court, that this action is dismissed with prejudice. Each party shall bear its own costs, fees and expenses.

| | |
|---|---|
| */s/ Erika R. Caesar* | */s/ Joseph C. Handlon* |
| Sean J. Bellew (No. 4072) | Joseph C. Handlon (No. 3952) |
| Erika R. Caesar (No. 5143) | Kenisha L. Ringgold (No. 5226) |
| BALLARD SPAHR LLP | DEPARTMENT OF JUSTICE |
| 919 N. Market Street, 11th Floor | 820 North French Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 252-4465 | (302) 577-8400 |
| bellews@ballardspahr.com | joseph.handlon@state.de.us |
| caesare@ballardspahr.com | kenisha.ringgold@state.de.us |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this __ day of _____, 2014.

_____
United States District Judge